UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 10-21927-CIV-JORDAN

| | |
|---|---|
| CHARLES J. EATO )<br>)<br>Petitioner )<br>)<br>vs. )<br>)<br>WALTER A. MCNEIL )<br>)<br>Respondent )<br>_____) | **CLOSED CIVIL CASE** |

**ORDER DISMISSING HABEAS PETITION WITHOUT PREJUDICE AND CLOSING CASE**

Following a de novo review of the record, including the objections filed by Mr. Eato [D.E. 13], I adopt the report and recommendation issued by Magistrate Judge White [D.E.12].

Simply stated, this habeas case is not yet ripe. Although Mr. Eato has been convicted in state court, he has not yet been sentenced, and therefore has not appealed his conviction to a state appellate court. As a result, his conviction is not final at this time. Mr. Eato must wait until he is sentenced and press his arguments (e.g., "entrapment by estoppel" and "malicious prosecution") on direct appeal. At this time, the relief that Mr. Eato seeks -- a discharge from state custody – is not appropriate. *See Maharaj v. Secretary, Dept. of Corrections,* 304 F.3d 1345, 1348-49 (11th Cir. 2002). There are no extraordinary circumstances that warrant interference with an ongoing state criminal prosecution. *See Younger v. Harris,* 401 U.S. 37, 53-54 (1971).

Mr. Eato's habeas corpus petition is dismissed without prejudice. This case is closed.

Done and ordered in chambers at Miami, Florida, this 19th day of August, 2010.

_____
Adalberto Jordan
United States District Judge

Copies to Magistrate Judge White, counsel of record, and Charles Eato, pro se, # 030006615, Dade County Jail, 1321 N.W. 13th Street, Miami, FL 33125.